UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

IN RE:  CHAPTER 13
 CASE NO.: 5:22-bk-00977-MJC

Karen Gordon,
aka Karen B. Gordon,
aka Karen Bonita Gordon,

    Debtor,
_____/

U.S. Bank Trust National Association, not in its
individual capacity but solely as owner trustee for
RCF 2 Acquisition Trust c/o U.S. Bank Trust
National Association,

    Movant,

v.

Karen Gordon,
aka Karen B. Gordon,
aka Karen Bonita Gordon,
Jack N Zaharopoulos (Trustee),

    Respondents.
_____/

## ORDER VACATING AUTOMATIC STAY

Upon consideration of U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d), any response thereto and that it is not necessary for an effective reorganization, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby unconditionally terminated with respect to U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association; and it is further

ORDERED, that U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association, its successors and/or assignees be entitled to proceed with appropriate state court remedies against the property located at Lot 10 Section 4 Pine Hill Park, Mount Pocono Borough, Pennsylvania 18344 aka 14 Stonegate Court, Mount Pocono, Pennsylvania 18344, including without limitation a sheriff's sale of the property, and it is further

ORDERED that U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(3) is granted.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: November 30, 2022