# Notice Recipients

District/Off: 0314–5      User: AutoDocketer      Date Created: 11/30/2022

Case: 5:22–bk–00977–MJC      Form ID: pdf010      Total: 3

**Recipients of Notice of Electronic Filing:**

tr      Jack N Zaharopoulos (Trustee)      info@pamd13trustee.com

aty      Charles G. Wohlrab      cwohlrab@raslg.com

aty      Steven R Savoia      ssavoia@ptd.net

TOTAL: 3